IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No.  05-cr-00294-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AMADO MEDINA,
2. LUCY MEDINA,
3. MARIA MEDINA,
4. ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5. **ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,**
6. FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"
7. MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"
8. LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9. EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. **MARTIN VALDOVINES-VAZQUEZ,**
14. **INGRID CALAR,**
15. SAUL GARCIA-ANTILLON,
16. **CARLOS SIMENTAL,**
17. **ROBERT OLIVAS,**
18. ANTHONY PINO,
19. **ROSARIO VARGAS,**
20. **SANTIAGO MEDINA,**
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

    Defendants.

_____

**ORDER**
_____

This matter is before the Court on Defendants Martin Valdovines Vazquez, Carlos Simental, Rosario Vargas, and Santiago Medina's Motion to Reconsider the Court's Orders (Documents 528 and 529) Denying Defendant Vargas's Motion to Suppress Title III Evidence (Doc. 427) and Denying in Part the Motion for Case Specific Discovery (Doc. 444) Filed by Defendants Valdovines Vasquez and Simental (Dkt. # 545) and Defendants Armando Valdovinos, Ingrid Calar, and Robert Olivas' Motions to Join (Dkt. ### 547, 548, 550). It is

ORDERED that the Government shall respond to Dkt. # 545 by **Monday, December 11, 2006.** It is

FURTHER ORDERED that a hearing will be held on the above-mentioned motion on **Friday, December 15, 2006, at 3:00 p.m.** It is

FURTHER ORDERED that all additional parties interested in joining in this motion shall appear and be ready to make argument.

Defendants need not be present at this hearing. If any incarcerated defendant wishes to attend the hearing, his or her defense counsel shall make arrangements between the facility where the defendant is in custody and the Automation Services Office of the U.S. District Court in Denver, at 303-335-2020, for such defendant to appear by telephone or videoconferencing. Live attendance of any incarcerated defendant shall not be considered unless requested by motion setting forth good reason for such live attendance.

DATED December 1, 2006              BY THE COURT:

                                          *s/ Phillip S. Figa*
                                          _____
                                          Phillip S. Figa
                                          United States District Judge