**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes                            Date:  December 15, 2006
                                 Robert R. Keech
Court Reporter:      Darlene Martinez

Criminal Action No.  **05-cr-00294-PSF-05, 13, 14, 16, 17, 19, 20**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Mark Barrett |
|      Plaintiff, | |
| v. | |
| 1. AMADO MEDINA, | |
| 2. LUCY MEDINA, | |
| 3. MARIA MEDINA, | |
| 4. ARMANDO MEDINA-GOMEZ,<br>    a/k/a "Junior," | |
| 5. ARMANDO VALDOVINOS,<br>    a/k/a Armando Baldobinos, | Martha Eskesen |
| 6. FRANCISCO VELEZ,<br>    a/k/a Francisco Veles,<br>    a/k/a "Chico," | |
| 7. MILITZA VELEZ,<br>    a/k/a Militza Palomera,<br>    a/k/a "Milly," | |
| 8. LUIS HERNANDEZ,<br>    a/k/a Luis Hernandez-Holguin, | |
| 9. EDILBERTO MEDINA-CASTENADA,<br>    a/k/a "Beto,"<br>    a/k/a "Betito," | |
| 10. ANGEL VELEZ-MEDINA, | |
| 11. MIGUEL IZAGUIRRE, | |
| 12. PATRICK MADRID, | |
| 13. MARTIN VALDOVINES-VAZQUEZ, | Lynn Pierce<br>Mitchell Baker |

| | |
|---|---|
| 14. INGRID CALAR, | Darren Cantor |
| 15. SAUL GARCIA-ANTILLON, | Steve Wheeler |
| 16. CARLOS SIMENTAL, | Martin Stuart |
| 17. ROBERT OLIVAS, | Mitchell Baker |
| 18. ANTHONY PINO, | |
| 19. ROSARIO VARGAS, | Mitchell Bakers |
| 20. SANTIAGO MEDINA, | Richard Stuckey |
| 21. ELMA GARCIA, | |
| 22. EDGAR GARCIA-ANTILLON, | |
| 23. MARTIN PELAYO, | |
| 24. ISIDRO PELAYO-CASTELLON, | |
| 25. ALONSO MEDINA, | |
| 26. EUGENIO SANTANA, | |
| 27. HECTOR HERNANDEZ-HINOJOS, | |
| 28. JOSE ALBERTO MALDONADO-GARCIA, | |

Defendants.

_____

## COURTROOM MINUTES
_____

HEARING: Motions

**3:04 p.m.     Court in session.**

Defendant Armando Valdovinos appears in custody.

All other defendants' appearances are waived.

**ORDER:**     Mr. Baker's Oral Motion to Appear for Randy Reisch is **granted.**

**ORDER:**     Defendant Armando Valdovinos' Motion to Join and Adopt Motion to Reconsider (Dkt. # 545, Filed November 17, 2006) **(547)** is **granted.**

**ORDER:**   Defendant Valdovines-Vazquez' Motion to Reconsider the Court's Orders (Document 528 and 529) Denying Defendant Vargas's Motion to Suppress Title III Evidence (Doc. 427) and Denying in part the Motion for Case Specific Discovery (Doc. 444) filed by Defendants Valdovines Vasquez and Simental **(545)** is **granted in part. Granted as to discovery categories A and B and the government shall produce those within thirty (30) days.**

**ORDER:**   Defendant Calar's Motion to Join Motion to Reconsider (Doc. 545) **(548)** is **granted.**

**ORDER:**   Defendant Olivas' Motion to Join and Adopt Motion to Reconsider (Dkt. # 545, Filed November 17, 2006) **(550)** is **granted.**

**ORDER:**   A status conference is set for **Thursday, February 15, 2007, at 1:30 p.m.**

**ORDER:**   A hearing on pending motions is set for **Friday, April 6, 2007, at 1:30 p.m.**

**DEADLINES:**   All motions shall be filed not later than thirty (30) days prior to the hearing on pending motions, which has been set for Friday, April 6, 2007, at 1:30 p.m.

**ORDER:**   Defendant is remanded to the custody of the United States Marshal.

**3:30 p.m.**   **Court in recess/hearing concluded.**

Total in-court time: **0:26**