UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Michael J. Watanabe<br>United States Magistrate Judge | Tracey Lee<br>Deputy Clerk |
| Case Number: 05-cr-00294-PSF | FTR MJW AM |
| Date: January 16, 2007 | |
| UNITED STATES OF AMERICA<br>         v. | Mark Barrett |
| ARMANDO VALDOVINES | Martha Eskesen |

**HEARING ON MOTION TO RECONSIDER BOND**

Court in Session: 10:04am and 10:20am

Court calls case and appearances of counsel.

Katie Derby is present from pre-trial services. Also present is Amy Fonck from probation.

Defendant appears today in custody.

Defense is requesting a brief recess to review probation memorandum.

Brief recess.

Court resumes session.

Defense asks that the defendant's immigration attorney approach and address the court.

Court hears immigration attorney Jennifer Kain-Rios.

Court excuses immigration attorney Jennifer Kain-Rios.

Defense addresses the court regarding the motion to reconsider bond.

Government addresses the motion to reconsider bond, docket number [569].

The court finds that there has been a change in circumstances for the defendant to be allowed a temporary furlough.

**ORDERED:** Defendant is granted a furlough to proceed with immigration proceedings until February 6, 2007. Defendant will return to the custody of the United States Marshal at the end of the furlough.

**ORDERED:** Motion [569] is GRANTED as to the temporary furlough.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

Court in Recess: 10:07am and 10:38am.

Total time: 21 minutes

Hearing concluded.