IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00294-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. AMADO MEDINA,
2. LUCY MEDINA,
3. MARIA MEDINA,
4. ARMANDO MEDINA-GOMEZ, a/k/a "Junior,"
5. **ARMANDO VALDOVINOS, a/k/a Armando Baldobinos,**
6. FRANCISCO VELEZ, a/k/a Francisco Veles, a/k/a "Chico,"
7. MILITZA VELEZ, a/k/a Militza Palomera, a/k/a "Milly,"
8. LUIS HERNANDEZ, a/k/a Luis Hernandez-Holguin,
9. EDILBERTO MEDINA-CASTENADA, a/k/a "Beto," a/k/a "Betito,"
10. ANGEL VELEZ-MEDINA,
11. MIGUEL IZAGUIRRE,
12. PATRICK MADRID,
13. **MARTIN VALDOVINES-VAZQUEZ,**
14. **INGRID CALAR,**
15. SAUL GARCIA-ANTILLON,
16. **CARLOS SIMENTAL,**
17. **ROBERT OLIVAS,**
18. ANTHONY PINO,
19. **ROSARIO VARGAS,**
20. **SANTIAGO MEDINA,**
21. ELMA GARCIA,
22. EDGAR GARCIA-ANTILLON,
23. MARTIN PELAYO,
24. ISIDRO PELAYO-CASTELLON,
25. ALONSO MEDINA,
26. EUGENIO SANTANA,
27. HECTOR HERNANDEZ-HINOJOS,
28. JOSE ALBERTO MALDONADO-GARCIA,

    Defendants.

## ORDER REGARDING DEFENDANTS' ATTENDANCE AT HEARING

The Court hereby ORDERS that attendance for each defendant is hereby waived for the hearing set for February 15, 2007.  If any incarcerated defendant wishes to attend the hearing by telephone or videoconferencing, his or her defense counsel shall advise the Court no later than noon on Wednesday, February 14, 2007 and is DIRECTED to make arrangements between the facility where the defendant is in custody and the Automation Services Office of the U.S. District Court in Denver, at 303-335-2020, for such defendant to appear by telephone or videoconferencing. Counsel for any defendant wishing to attend the hearing in person shall file a motion setting forth good cause why such personal attendance is necessary, desirable or appropriate.

DATED:  February 8, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge